IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW FORSYTHE,

    Plaintiff,

vs.

CHRYSLER GROUP LLC,

    Defendant.

Case No. 13-cv-419-JPG-PMF

**MEMORANDUM AND ORDER**

    This matter comes before the Court for case management purposes.  Specifically, in light of Seventh Circuit admonitions, *see, e.g., America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072 (1992), the Court has undertaken a rigorous initial review of pleadings to ensure that litigants properly plead jurisdiction.  The Court has noted defects in the jurisdictional allegations of the instant complaint (Doc. 2).

    A complaint asserting diversity jurisdiction must allege the citizenship of each party.  28 U.S.C. § 1332(a)(1); *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 533 (7th Cir. 2007).  "For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members."  *Thomas*, 487 F.3d at 534.  Because plaintiff has failed to allege the citizenship of each of the members of defendant Chrysler Group LLC, the Court is unable to determine whether diversity jurisdiction exists.

    The Court hereby **ORDERS** that plaintiff shall have up to and including May 17, 2013, to amend the faulty pleading to correct the jurisdictional defect.  Failure to amend the faulty pleading may result in dismissal of this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Amendment of the faulty

pleading to reflect an adequate basis for subject matter jurisdiction will satisfy this order. Defendants are directed to consult Local Rule 15.1 regarding amended pleadings and need not seek leave of Court to file such amended pleading.

**IT IS SO ORDERED.**

**DATED:** May 8, 2013

<u>s/ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**