IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MATTHEW FORSYTHE,

    Plaintiff,

vs.

CHRYSLER GROUP LLC,

    Defendant.

Case No. 13-cv-419-JPG-PMF

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Matthew Forsythe's notice of dismissal (Doc. 8). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) a plaintiff may dismiss a case without a court order "before the opposing party serves either an answer or a motion for summary judgment." Here, the defendant has filed neither an answer nor a motion for summary judgment. Accordingly, because plaintiff may dismiss this case as of right, this case is **DISMISSED** and the Court **DIRECTS** the Clerk of Court to close this case.

    **IT IS SO ORDERED.**

    **DATED:** May 30, 2013

    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**